B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Eastern District of Arkansas

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**O.D. Funk Manufacturing, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all)<br>**71-0538203** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**300 Trammel Road**<br>**North Little Rock, AR**         ZIP Code **72117** | Street Address of Joint Debtor (No. and Street, City, and State):         ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Pulaski** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 7110**<br>**North Little Rock, AR**         ZIP Code **72124** | Mailing Address of Joint Debtor (if different from street address):         ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**
| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | O.D. Funk Manufacturing, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **O.D. Funk Manufacturing, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ J. Brad Moore**
Signature of Attorney for Debtor(s)

**J. Brad Moore 2010197**
Printed Name of Attorney for Debtor(s)

**Frederick S. Wetzel, III, P.A.**
Firm Name

**200 North State Street, Suite 200**
**Little Rock, AR 72201**

Address

**Email: frederickwetzel@sbcglobal.com**
**(501) 663-0535  Fax: (501) 372-1550**
Telephone Number

**April  2, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ O.D. Funk**
Signature of Authorized Individual

**O.D. Funk**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**April  2, 2015**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Arkansas

In re  **O.D. Funk Manufacturing, Inc.**                      Case No. _____

                                Debtor(s)                    Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Allied Tube and Steel**<br>**16100 South Lanthrop Ave.**<br>**Harvey, IL 60426** | **Allied Tube and Steel**<br>**16100 South Lanthrop Ave.**<br>**Harvey, IL 60426** | **Business related** | | **24,906.18** |
| **Burr Forman**<br>**P.O. Box 830719**<br>**Birmingham, AL 35283** | **Burr Forman**<br>**P.O. Box 830719**<br>**Birmingham, AL 35283** | **Business related** | | **57,028.07** |
| **Darrell Owens Trucking, Inc.**<br>**P.O. Box 145**<br>**Brockwell, AR 72517** | **Darrell Owens Trucking, Inc.**<br>**P.O. Box 145**<br>**Brockwell, AR 72517** | **Business related** | | **4,475.00** |
| **Dover Dixon Horne PLLC**<br>**425 W. Capitol Ave.**<br>**Ste. 3700**<br>**Little Rock, AR 72201** | **Dover Dixon Horne PLLC**<br>**425 W. Capitol Ave.**<br>**Ste. 3700**<br>**Little Rock, AR 72201** | **Business related** | | **26,355.10** |
| **Fed Ex**<br>**P.O. Box 10306**<br>**Palatine, IL 60055** | **Fed Ex**<br>**P.O. Box 10306**<br>**Palatine, IL 60055** | **Business related** | | **3,535.56** |
| **Fedex Priority**<br>**c/o Slater, Tenaglia, Fritz & Hunt**<br>**P.O. Box 8500**<br>**Lockbox 2431**<br>**Philadelphia, PA 19178** | **Fedex Priority**<br>**c/o Slater, Tenaglia, Fritz & Hunt**<br>**P.O. Box 8500**<br>**Philadelphia, PA 19178** | **Business related** | | **9,977.74** |
| **General Shelters of Texas LTD**<br>**P.O. Box 2108**<br>**Center, TX 75935** | **General Shelters of Texas LTD**<br>**P.O. Box 2108**<br>**Center, TX 75935** | **Business related** | | **54,759.59** |
| **Gulf Coast Shippers**<br>**3337 N. Hullen Street, Suite 300**<br>**Alexander, AR 72002** | **Gulf Coast Shippers**<br>**3337 N. Hullen Street, Suite 300**<br>**Alexander, AR 72002** | | | **20,442.83** |
| **IRS**<br>**Centralized Insolvency Oper.**<br>**PO BOX 7346**<br>**Philadelphia, PA 19101-7346** | **IRS**<br>**Centralized Insolvency Oper.**<br>**PO BOX 7346**<br>**Philadelphia, PA 19101-7346** | **Payroll Taxes** | | **19,000.00** |
| **Komar Screw Corporations**<br>**7790 Merrimac Ave.**<br>**Niles, IL 60714** | **Komar Screw Corporations**<br>**7790 Merrimac Ave.**<br>**Niles, IL 60714** | **Business related** | | **13,849.80** |

B4 (Official Form 4) (12/07) - Cont.

In re  **O.D. Funk Manufacturing, Inc.**                                                                                   Case No.

　　　　　　　　　　　　　　　　Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Major Metals Company** 844 Kochheiser Rd. Mansfield, OH 44904 | **Major Metals Company** 844 Kochheiser Rd. Mansfield, OH 44904 | Business related | | 27,919.41 |
| **Northland Group** P.O. Box 390846 Minneapolis, MN 55439 | **Northland Group** P.O. Box 390846 Minneapolis, MN 55439 | Business related | | 16,417.66 |
| **Rigid Building Systems** 18933 Aldine Westfield Houston, TX 77073 | **Rigid Building Systems** 18933 Aldine Westfield Houston, TX 77073 | Business related | | 59,973.00 |
| **Sherman Bros Trucking** 32921 Diamond Hill Dr. P.O. Box 706 Harrisburg, OR 97446 | **Sherman Bros Trucking** 32921 Diamond Hill Dr. P.O. Box 706 Harrisburg, OR 97446 | Business related | | 14,655.00 |
| **Simmons First National Bank** P.O. Box 8010 Little Rock, AR 72203 | **Simmons First National Bank** P.O. Box 8010 Little Rock, AR 72203 | Inventory, accounts receivable, furniture, fixtures, and equipment | | 359,061.74 (0.00 secured) |
| **Simmons First National Bank** 425 W. Capitol Ave. Little Rock, AR 72201 | **Simmons First National Bank** 425 W. Capitol Ave. Little Rock, AR 72201 | Business related | | 257,676.35 |
| **Smurfit-Stone** P.O. Box 840865 Dallas, TX 75284 | **Smurfit-Stone** P.O. Box 840865 Dallas, TX 75284 | Business related | | 3,571.21 |
| **State of Arkansas** P.O. Box 8101 Little Rock, AR 72203 | **State of Arkansas** P.O. Box 8101 Little Rock, AR 72203 | | | 5,245.61 |
| **Union Corrugating Company** 4140 Park Lake Ave. Raleigh, NC 27612 | **Union Corrugating Company** 4140 Park Lake Ave. Raleigh, NC 27612 | Business related | | 25,477.83 |
| **Western Tube & Conduit Corp** P.O. Box 2720 Long Beach, CA 90801-2720 | **Western Tube & Conduit Corp** P.O. Box 2720 Long Beach, CA 90801-2720 | Business related | | 9,483.71 |

B4 (Official Form 4) (12/07) - Cont.
In re  **O.D. Funk Manufacturing, Inc.**                                                   Case No.
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 2, 2015**                           Signature  **/s/ O.D. Funk**
                                                             **O.D. Funk**
                                                             **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

.

AA Cooper
P.O. Box 102442
Atlanta, GA 30368-2442


Admiral Trucking
P.O. Box 643575
Cincinnati, OH 45264-3575


All Secure
P.O. Box 24037
Little Rock, AR 72221-4037


Allied Tube and Steel
16100 South Lanthrop Ave.
Harvey, IL 60426


Arkansas Democrat Gazette, Inc.
P.O. Box 2221
Little Rock, AR 72203


Arkansas Industrial Machineyr, Inc.
3804 North Nona St.
North Little Rock, AR 72116


Arkansas Mill Supply Co.
P.O. Box 7647
Pine Bluff, AR 71611


Arkansas Packing Products
P.O. Box 16202
Little Rock, AR 72231


ARS National Services
P.O. Box 1259
Oaks, PA 19456


AT&T
PO Box 105414
Atlanta, GA 30348-5414


Bond Consulting Engineers, Inc.
2601 TP White Drive
Jacksonville, AR 72076

```
Burr Forman
P.O. Box 830719
Birmingham, AL 35283


Business World
P.O. Box 2660
Little Rock, AR 72203


C&F Controls and Automation
2901 Orchard Lake Rd.
Jacksonville, AR 72076


Carver Patent Law LTD
2024 Arkansas Valley Dr.
Ste 800
Little Rock, AR 72212


CT Corporation
120 S. Central Ave.
Ste. 400
Saint Louis, MO 63105


Darrell Owens Trucking, Inc.
P.O. Box 145
Brockwell, AR 72517


Dover Dixon Horne PLLC
425 W. Capitol Ave.
Ste. 3700
Little Rock, AR 72201


Fed Ex
P.O. Box 10306
Palatine, IL 60055


Fedex Priority
c/o Slater, Tenaglia, Fritz & Hunt
P.O. Box 8500
Lockbox 2431
Philadelphia, PA 19178


Ferrell Gas
c/o Morgan & Associates, P.C.
2601 N.W. Expressway
Ste. 205E
Oklahoma City, OK 73112
```

Funk Living Trust
300 Trammel Road
North Little Rock, AR 72117


General Shelters of Texas LTD
P.O. Box 2108
Center, TX 75935


Great America Financial Services
P.O. Box 660813
Dallas, TX 75266


Gulf Coast Shippers
3337 N. Hullen Street, Suite 300
Alexander, AR 72002


GXS
P.O. Box 7110
North Little Rock, AR 72124


Hansen Bros. Moving and Storage
P.O. Box 7110
North Little Rock, AR 72124


Heritage Communications, Inc.
2400 Wildwood Ave.
Ste. 200
Sherwood, AR 72120


Hums Rental
410 E. Boradway
North Little Rock, AR 72124


Hunter Warfield
4620 Woodland Corporate Blvd.
North Little Rock, AR 72124


IRS
Centralized Insolvency Oper.
PO BOX 7346
Philadelphia, PA 19101-7346


Komar Screw Corporations
7790 Merrimac Ave.
Niles, IL 60714

Lift Truck Service Centers, Inc.  
7721 Distribution Dr.  
Little Rock, AR 72209


Major Metals Company  
844 Kochheiser Rd.  
Mansfield, OH 44904


Malvern Daily Record  
P.O. Box 70  
Malvern, AR 72104


Martin Building Products  
16800 Fir Rd.  
Carthage, MO 64836


More Music KBKG  
P.O. Box 398  
Corning, AR 72422


Noark Enterprises, Inc.  
10101 Hwy 70 East  
North Little Rock, AR 72117


Northland Group  
P.O. Box 390846  
Minneapolis, MN 55439


Northside Sales Co.  
P.O. Box 15476  
Little Rock, AR 72231-5476


O.D. Funk  
P.O. Box 8143  
Jacksonville, AR 72076


Payne Scales & Systems, LLC  
14820 Ironton Road  
Little Rock, AR 72206


Polyturf Brands, Inc.  
P.O. Box 3079  
Cuyahoga Falls, OH 44223

```
Priority 1, Inc.
P.O. Box 398
North Little Rock, AR 72115


Proforma
P.O. Box 640814
Cincinnati, OH 45264-0814


Randy Frazier
Kutak Rock LLP
124 W. Capitol Ave.
Ste. 200
Little Rock, AR 72201


Red Ball Oxygen
P.O. Box 7316
Shreveport, LA 71137


Rigid Building Systems
18933 Aldine Westfield
Houston, TX 77073


SAIA
P.O. Box A Station 1
Houma, LA 70363


Samuel Strapping System
623 Fisher Road
Longview, TX 75604


Sanders Plumbing
412 Parker Street
North Little Rock, AR 72114


Sherman Bros Trucking
32921 Diamond Hill Dr.
P.O. Box 706
Harrisburg, OR 97446


Simmons First National Bank
P.O. Box 8010
Little Rock, AR 72203
```

Simmons First National Bank  
425 W. Capitol Ave.  
Little Rock, AR 72201

SMF & Machine Tools Inc.  
14824 Rockbridge  
Little Rock, AR 72206

Smurfit-Stone  
P.O. Box 840865  
Dallas, TX 75284

Southern Fastening Systems, Inc.  
635 Fairgrounds Road  
Muscle Shoals, AL 35661

Speed Law Firm  
111 Center Street, Suite 1200  
Little Rock, AR 72201

State of Arkansas  
P.O. Box 8101  
Little Rock, AR 72203

State of California  
P.O. Bxo 942857  
Sacramento, CA 94297

Steel Sales & Equipment  
P.O. Box 5752  
North Little Rock, AR 72119

Structural Design Concepts, inc.  
111 Sezanne Court  
Little Rock, AR 72223

The Riechman Crosby Hays Co.  
3150 Carrier Street  
Memphis, TN 38118

Transworld Systems, Inc.  
P.O. Box 15520  
Wilmington, DE 19850

Trim Lok
P.O. Box 6180
Buena Park, CA 90622-6180


Union Corrugating Company
4140 Park Lake Ave.
Raleigh, NC 27612


United Fence & Construction Co.
P.O. Bxo 17893
North Little Rock, AR 72117-0893


UPS
Lock Box 577
Carol Stream, IL 60132-0577


Welsco
9006 Crystal Hill Rd.
Maumelle, AR 72113


Western Tube & Conduit Corp
P.O. Box 2720
Long Beach, CA 90801-2720


Worldwide Express
P.O. Box 26070
Austin, TX 78755

# United States Bankruptcy Court
### Eastern District of Arkansas

In re  **O.D. Funk Manufacturing, Inc.**  Case No.
Debtor(s)  Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **O.D. Funk Manufacturing, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 2, 2015**  /s/ J. Brad Moore
Date  J. Brad Moore 2010197
Signature of Attorney or Litigant
Counsel for  **O.D. Funk Manufacturing, Inc.**
**Frederick S. Wetzel, III, P.A.**
**200 North State Street, Suite 200**
**Little Rock, AR 72201**
**(501) 663-0535 Fax:(501) 372-1550**
**frederickwetzel@sbcglobal.com**